**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sunrise International Leasing Corporation, Civil No. 01-31 (DWF/AJB)

Plaintiff,

v. **ORDER**

Wholesale Office Systems, Inc., Robert Walker, and John Does 1-10,

Defendants.

---

Kyle E. Hart, Esq., Fabyanske, Westra & Hart, 920 Second Avenue South, Suite 1100, Minneapolis, MN 55402, counsel for Plaintiff.

Robert D. Maher, Esq., Best & Flanagan, 4000 First Bank Place, 601 Second Avenue South, Minneapolis, MN 55402, counsel for Defendants.

---

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 12, 2001, along with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** THAT:

1. Defendants' motion to dismiss (Doc. Nos. 9 and 20) is **GRANTED IN PART** and **DENIED IN PART**.

2. Defendants' alternative motion for change of venue (Doc. Nos. 9 and 20) is **DENIED**.

3. Defendants' motion to dismiss the amended complaint based upon lack of personal jurisdiction is **DENIED**.

FILED MAY 08 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

4. Defendants' motion to dismiss claims against the individual Defendant based upon failure to state a claim upon which relief can be granted is **DENIED**, except with respect to the breach of contract claim which is not definitely or sufficiently alleged as to the individual Defendant.

5. Defendants' motion to dismiss the fraud claim is **GRANTED** with respect to both the corporate and individual Defendants, based upon failure to plead the claim with sufficient particularity.

Dated: May 8, 2001

DONOVAN W. FRANK
Judge of United States District Court