# UNITED STATES DISTRICT COURT

**District of Minnesota**

137912

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** CIVIL 01-31 (DWF/AJB)

**Affidavit of Movant**

I, ROBERT D. MAHER, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice LAUREL J. EVELEIGH, an attorney admitted to practice in the NORTHERN District of NEW YORK, but not admitted to the bar of this court, who will be counsel for the( )plaintiff (X)defendants in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

Signature [signature] Date 6/22/01

Minnesota Attorney License Number: 220863

Law Firm Name & Address: BEST & FLANAGAN LLP
4000 U.S. BANK PLACE, 601 SECOND AVE SOUTH
MINNEAPOLIS MN 55402

Telephone: (612) 339-7121 Fax: (612) 339-5897

**Affidavit of Proposed Admittee**

I, LAUREL J. EVELEIGH, am currently a member in good standing of the U.S. District Court for the NORTHERN District of NEW YORK, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

LAUREL J. EVELEIGH
Type/Print Name

Signature [signature] Date June 18, 2001

Attorney License Number: 08937

Law Firm Name & Address: Devorsetz Stinziano Gilberti Heintz & Smith, P.C.
555 East Genesee Street
Syracuse NY 13202-2159

Telephone: (315) 442-0100 Fax: (315) 442-0106

Case Number: Civil 01-03 (DWF/AJB) Judge Assigned: Donovan W. Frank

Case Title: Sunrise Leasing Corporation v. Wholesale Office Systems, Inc., Robert Walker, and John Does 1-10

Motion Granted: [signature] lj
For the Court, Francis E. Dosal, Clerk

JUN 25 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, Minnesota 55101

12/97

FILED JUN 25 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK