UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Sunrise International Leasing Corporation,

Plaintiff,

v.

Wholesale Office Systems, Inc., Robert Walker, and John Doe 1-10,

Defendants.

Civil No. 01-31 (DWF/AJB)

**STIPULATION FOR ORDER AND ORDER**

## STIPULATION FOR ORDER

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, by and through their undersigned counsel of record, that all of the dates in the Pretrial Scheduling Order dated August 2, 2001, except for the trial ready date, shall be extended four months to allow the completion of discovery and other matters, as follows:

Discovery Plan

1. Discovery shall be commenced in time to be completed by June 1, 2002.
2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before November 26, 2001.
3. Expert Witnesses
   a. Plaintiff shall disclose the identity of expert witnesses under rule 26(a)(2)(A) on or before March 1, 2002.
   b. Defendants shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before April 1, 2002.
   c. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by Plaintiff's expert witnesses, shall be made on or before April 1, 2002.

FILED DEC 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

d. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by Defendants' expert witnesses, shall be made on or before May 1, 2002.

e. No more than 50 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any party.

f. No more than 12 factual depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be filed, and the hearing thereon completed, by March 1, 2002.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by July 1, 2002.

3. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephonic conference with the Magistrate Judge. To the extend that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and shall be present in a form that complies with Local Rule 37.2

Dispositive Motions

1. All dispositive motions shall be filed, and the hearing thereon completed, by August 1, 2002. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a jury trial on December 1, 2002, or upon resolution of any pending dispositive motions. Expert witnesses are anticipated. Anticipated length of trial is 5 days.

DATED: December 14, 2001

**FABYANSKE, WESTRA & HART, P.A.**

By: ______________________________

Kyle E. Hart (#159025)
Christopher P. Chilstrom (#218005)
Renée K. Zirbes (#281001)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115
ATTORNEYS FOR PLAINTIFF

DATED: December 12, 2001

**BEST & FLANAGAN, LLP**

By: ______________________________

Robert D. Maher (#220863)
Caryn Glover (#183040)
601 Second Avenue South, Suite 4000
Minneapolis, MN 55402-4331
ATTORNEYS FOR DEFENDANTS
WHOLESALE OFFICE SYSTEMS,
INC., AND ROBERT WALKER

**ORDER**

Based upon the foregoing Stipulation, the Court amends its Pretrial Scheduling Order dated August 2, 2001, as follows:

Discovery Plan

1. Discovery shall be commenced in time to be completed by June 1, 2002.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before November 26, 2001.

3. Expert Witnesses

   a. Plaintiff shall disclose the identity of expert witnesses under rule 26(a)(2)(A) on or before March 1, 2002.

   b. Defendants shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before April 1, 2002.

   c. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by Plaintiff's expert witnesses, shall be made on or before April 1, 2002.

   d. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by Defendants' expert witnesses, shall be made on or before May 1, 2002.

   e. No more than 50 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any party.

   f. No more than 12 factual depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be filed, and the hearing thereon completed, by March 1, 2002.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by July 1, 2002.

3. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephonic conference with the Magistrate Judge. To the extend that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and shall be present in a form that complies with Local Rule 37.2

Dispositive Motions

1. All dispositive motions shall be filed, and the hearing thereon completed, by August 1, 2002. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a jury trial on December 1, 2002, or upon resolution of any pending dispositive motions. Expert witnesses are anticipated. Anticipated length of trial is 5 days.

DATED: December 17th, 2001

Arthur J. Boylan
United States Magistrate Judge