UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sunrise International Leasing Corporation, Civil No. 01-31 (DWF/AJB)

Plaintiff,

v. **ORDER**

Wholesale Office Systems, Inc.,
Robert Walker, and John Doe 1-10,

Defendants.

---

Plaintiff's Motions to Compel Discovery and Deem Admission Requests Admitted, and Defendants' Motion for Protective Order, came on for hearing before the Honorable Arthur J. Boylan, United States Magistrate Judge, on February 12, 2002. Plaintiff was represented by Christopher P. Chilstrom. Defendants were represented by Robert D. Maher.

Based upon all files, records and proceedings herein, together with the arguments of counsel,

**IT IS HEREBY ORDERED:**

The Motions are GRANTED IN PART AND DENIED IN PART as follows:

1. Defendant Wholesale Office Systems, Inc. shall serve answers to Nos. 9(f) through 15 of Plaintiff's First Set of Interrogatories to Defendant Wholesale Office Systems, Inc. no later than February 27, 2002;

2. Defendant Wholesale Office Systems, Inc. shall supplement its production of documents responsive to Plaintiff's First Request for Production of Documents to Defendant Wholesale Office Systems, Inc. by serving copies of any and all e-mail attachments in its possession to the e-mails that bear Bates Nos. WHOL 0001 to WHOL 00184 no later than

FEB 20 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

February 27, 2002;

3. Defendant Wholesale Office Systems, Inc. shall serve answers to Plaintiff's Second Set of Interrogatories to Defendant Wholesale Office Systems, Inc. no later than February 27, 2002;

4. Defendant Wholesale Office Systems, Inc. shall serve copies of all documents responsive to Plaintiff's Second Request for Production of Documents to Defendant Wholesale Office Systems, Inc. no later than February 27, 2002;

5. Defendant Wholesale Office Systems, Inc. shall serve answers to Plaintiff's First Request for Admissions to Defendant Wholesale Office Systems, Inc. no later than February 27, 2002;

6. Defendant Robert Walker shall serve answers to Plaintiff's Second Set of Interrogatories to Defendant Robert Walker no later than February 27, 2002;

7. Defendant Robert Walker shall serve copies of all documents responsive to Plaintiff's Second Request for Production of Documents to Defendant Robert Walker no later than February 27, 2002;

8. Defendant Robert Walker shall serve answers to Plaintiff's First Request for Admissions to Defendant Robert Walker no later than February 27, 2002;

9. Counsel shall negotiate and agree upon a schedule whereby Defendant Walker will appear for depositions in Minneapolis to occur no later than March 29, 2002. Defendant Walker shall appear for the depositions on the agreed dates, except, however, that if unforeseen circumstances arise which Defendant Walker believes may prevent him from appearing as agreed, he shall obtain permission from the Court excusing his appearance prior to the time the depositions are scheduled to commence;

10. Counsel shall negotiate and agree upon a schedule whereby Defendant Wholesale Office Systems, Inc. will produce employees Tina Walker and Kevin Impellizzieri for depositions in Syracuse, NY to occur no later than March 29, 2002. Said employees shall appear for the depositions on the agreed dates, except, however, that if unforeseen circumstances arise which Defendant Wholesale Office Systems, Inc. believes may prevent said employees from appearing as agreed, defendant Wholesale Office Systems, Inc. shall obtain permission from the Court excusing them from their appearance prior to the time the depositions are scheduled to commence;

11. Defendants shall not take any actions which would interfere in any way with Sunrise's intended depositions of Rich Colella and Elaine Impellizzieri;

12. Defendant Wholesale Office Systems, Inc. shall present to the Court no later than February 27, 2002 an affidavit from Wholesale co-owner Jorge Rodriguez setting forth his involvement in the day-to-day operations of Defendant Wholesale Office Systems, Inc. between March 1999 and the present. Plaintiff shall not depose Jorge Rodriguez without obtaining an order from this Court authorizing it to do so.

**IT IS SO ORDERED**

Dated: 2/20, 2002

Arthur J. Boylan
Magistrate Judge
United States District Court