# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01 CV 31 DWF/AJB **Case Title:** Sunrise International v. Whole Sale Office System

**Affidavit of Movant**

I, Robert Maher, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Steven B. Alderman, an attorney admitted to practice in the Northern District of New York, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant ________ in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 220863 4-16-02
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Steven B. Alderman, am currently a member in good standing of the U.S. District Court for the Northern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Steven B. Alderman [signature] 4-11-02
Type/Print Name Signature Date

Attorney License Number: 501871

Law Firm Name & Address: Alderman Wladis, P.C.

472 South Salina Street

444 Empire Building, Syracuse New York 13202

Telephone: (315) 478-2100

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk MMC

APR 17 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

APR 17 2002
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________