UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

SUNRISE INTERNATIONAL LEASING CORPORATION,

Plaintiff,

v.

WHOLESALE OFFICE SYSTEMS, INC., ET AL.,

Defendants.

Civil No.01-31 DWF/AJB

**ORDER**

The above matter came before the Court on (1) defense counsel's motion to withdraw and (2) Plaintiff's motion to compel. There was no opposition to either motion. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT**:

1. The motion to withdraw is **granted** [Docket No. 65];
2. BEST & FLANAGAN LLP is permitted to withdraw as counsel for Defendants, effective immediately;
3. Plaintiff's motion is **granted as stated herein** [Docket No. 61];
4. Defendant Walker shall appear for depositions in Minnesota on June 27, 2002 to provide complete and non-evasive testimony about his banking relationships and about the remuneration he has received from Wholesale;
5. In response to Plaintiff's First Request for Production of Documents to Defendant Wholesale Office Systems, Inc., Wholesale shall produce (a) all documents responsive to the remarketing aspects of Request Nos. 3-5 and 7-9; (b) all financial statements sought by Request No. 10; and (c) all documents responsive

FILED JUN 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

to Request Nos. 2-12 that were withheld from production on the basis of any asserted objection other than privilege by June 14, 2002;

6. In response to Plaintiff's Second Request for Production of Documents to Defendant Wholesale Office Systems, Inc., Wholesale shall produce (a) all documents responsive to Request Nos. 9, 11 and 16-18; and (b) all documents responsive to Request Nos. 1-4 that were withheld on the basis of any asserted objection other than privilege by June 14, 2002;

7. In response to Plaintiff's First Request for Production of Documents to Defendant Robert Walker, Walker shall produce (a) all documents responsive to Request Nos. 6, 8 and 10; and (b) all documents responsive to Requests Nos. 2, 3 and 11-14 that were withheld on the basis of any asserted objection other than privilege by June 14, 2002;

8. In response to Plaintiff's First Set of Interrogatories to Defendant Wholesale Office Systems, Inc., Wholesale shall serve full and complete answers to Interrogatory Nos. 9 and 12-14 by June 14, 2002;

9. In response to Plaintiff's Second Set of Interrogatories to Defendant Wholesale Office Systems, Inc., Wholesale shall serve full and complete answers to Interrogatory Nos. 8-9 by June 14, 2002;

10. In response to Plaintiff's First Set of Interrogatories to Defendant Robert Walker, Walker shall serve full and complete answers to Interrogatory Nos. 9, 12 and 22 by June 14, 2002;

11. In response to Plaintiff's First Request for Admissions to Defendant Wholesale

Office Systems, Inc., Wholesale shall either admit or deny Request Nos. 34-35 by June 14, 2002;

12. Defendants shall pay to Plaintiff $2,000 as expenses incurred in bringing the motion to compel;

13. Defendants shall pay $1,250 to offset the cost for Plaintiff to obtain Defendants' banking documentation; and

14. The discovery deadline for Plaintiff–but only Plaintiff–is extended to August 1, 2002.

Dated: May 30, 2002

Arthur J. Boylan
United States Magistrate Judge

## *Featured Speakers Include:*

__District of Minnesota__

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

__United States Bankruptcy Court__
__District of Minnesota__

Judge Robert J. Kressel

Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit

The Minnesota Chapter of the Federal Bar Association
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)*;** **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00

☐ Non-Member $225.00

Name ________________

Firm/Employer ________________

Address ________________

________________

Phone ________________

E-Mail ________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building