UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

SUNRISE INTERNATIONAL LEASING CORPORATION,

Plaintiff,

v.

WHOLESALE OFFICE SYSTEMS, INC., ET AL.,

Defendants.

Civil No. 01-31 DWF/AJB

ORDER

---

WHEREAS, the Court has received Plaintiff's request for an extension of the dispositive motion hearing deadline, and

WHEREAS, there has been no response from defendants,

IT IS HEREBY ORDERED THAT Plaintiff's request for an extension of the dispositive motion hearing deadline is **granted**. Dispositive motions shall be filed and heard by September 16, 2002.

Dated: 7/16/02

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed JUL 17 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________