**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sunrise International Leasing Corporation,

Plaintiff,

v.

Wholesale Office Systems, Inc., Robert Walker, and John Doe 1-10,

Defendants.

Civil No. 01-31 (DWF/AJB)

**MEMORANDUM OPINION AND ORDER**

---

Christopher P. Chilstrom, Esq., and Kyle E. Hart, Esq., Fabyanske, Westra & Hart, 920 2nd Avenue South, Suite 1100, Minneapolis, Minnesota, 55402, counsel for Plaintiffs.

Caryn Scherb Glover, Esq., and Robert D. Maher, Best & Flanagan, 225 6th Street South, Suite 4000, Minneapolis, Minnesota, 55402, counsel for Defendant Robert Walker.

---

**INTRODUCTION**

The above-entitled matter came on for hearing before the undersigned United States District Judge on September 6, 2002, pursuant to Plaintiff Sunrise International Leasing Corporation's Motion for Default Judgment and Defendant Robert Walker's Motion for Summary Judgment.

Based on all of the files, records and proceedings herein, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for Summary Judgment (Doc. No. 73) is **DENIED WITHOUT PREJUDICE**, consistent with the Court's remarks at the hearing on September 6, 2002.

2. Plaintiff's Motion for Default Judgment (Doc. No. 69) is **DENIED**, consistent with the Court's remarks at the hearing on September 6, 2002. The Court reserves the right to enter default judgment against Defendants Wholesale Office Systems, Inc., and Robert Walker

SEP 0 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

and to grant sanctions, including further attorney fees and costs, if Defendant Robert Walker does not comply with this Order.

3. Defendant Robert Walker is ordered to comply with the Orders of Magistrate Judge Arthur J. Boylan dated February 20, 2002 (Doc. No. 56) and May 30, 2002 (Doc. No. 68). Such compliance shall occur by October 15, 2002, or Plaintiff may file an affidavit of non-compliance with the Court re-requesting a default judgment in the amount of $659,815.

4. Defendant Robert Walker is ordered to pay attorney fees to Plaintiff in the amount of $3,250 pursuant to Magistrate Judge Boylan's Order of May 30, 2002 (Doc. No. 68). Such attorney fees shall be paid by October 1, 2002.

5. Plaintiff is ordered to set forth an affidavit to this Court detailing Plaintiff's attorney fees and costs incurred from May 30, 2002, to present, including the attorney fees and costs incurred to bring its Motion for Default Judgment and to respond to Defendant Robert Walker's Motion for Summary Judgment.

6. The Court sets a trial date for March 2003. All pre-trial deadlines that correspond to the previous December 2002 trial date shall be adjusted accordingly to reflect the March 2003 trial date.

Dated: September 9, 2002

DONOVAN W. FRANK
Judge of United States District Court