# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sunrise International Leasing Corporation,

Case No. Civil 01-31 DWF/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Wholesale Office Systems, Inc., Robert Walker,
and John Doe 1-10

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED 1. That consistent with the findings of fact and conclusions of law, Plaintiff Sunrise International Leasing Corporation is entitled to a judgment of this Court in the amount of $659,815. 2. A default against Defendant Wholesale Office Systems, Inc. is hereby entered. 3. Pursuant to Rule 55 of the F.R.C.P. , judgment by default is hereby entered against Defendant Wholesale Office Systems, Inc., in the amount of $659,815. 4. The counterclaims of Defendant Wholesale Office Systems, Inc., are hereby DISMISSED WITH PREJUDICE.**

DATE: October 16, 2002

RICHARD D. SLETTEN, CLERK

Deborah D. Bell, Deputy Clerk

94