**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sunrise International Leasing Corporation, Civil No. 01-31 (DWF/AJB)

Plaintiff,

v. **ORDER**

Wholesale Office Systems, Inc., Robert Walker, and John Doe 1-10,

Defendants.

---

Christopher P. Chilstrom, Esq., and Kyle E. Hart, Esq., Fabyanske, Westra & Hart, 920 2nd Avenue South, Suite 1100, Minneapolis, Minnesota 55402, counsel for Plaintiff.

Caryn Scherb Glover, Esq., and Robert D. Maher, Esq., Best & Flanagan, 225 6th Street South, Suite 4000, Minneapolis, Minnesota 55402; and Steven B. Alderman, Esq., Alderman Wladis, 472 South Salina Street, Suite 444, Syracuse, NY 13202, counsel for Defendant Robert Walker.

---

It has come to the attention of the Court that Defendant Robert Walker has filed a petition for bankruptcy and, by virtue of that filing, no action can presently be taken in the case pending before this Court. The Court, therefore, will administratively terminate this case. An order administratively terminating a case is purely an administrative device for the convenience of the court and in no way affects the substantive rights of the parties to proceed before the court at a later date. To terminate a case administratively means to close a case for statistical purposes in the office of the Clerk of Court and the Administrative Office of the United States Courts. The case in actuality remains active and pending before the court, but it is statistically inactive. An administratively closed case can be easily reopened by a simple order of the court when the case

Filed OCT 31 2002
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________

is in a posture that the court can once again go forward with it. The case then becomes a statistically active case and resumes the same status it had before the termination without prejudice to the rights of the parties involved.

Accordingly, **IT IS ORDERED** that:

The Clerk of Court shall administratively terminate this case in his records without prejudice to the right of the parties to move to reopen the proceedings for good cause, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of this litigation.

Dated: October 31, 2002

DONOVAN W. FRANK
Judge of United States District Court