**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sunrise International Leasing Corporation,

Plaintiff,

v.

Wholesale Office Systems, Inc.,
Robert Walker, and John Doe 1-10,

Defendants.

Civil No. 01-31 (DWF/AJB)

**ORDER**

---

George E. Warner, Jr., Esq., Bernick & Lifson, 1200 Colonnade, 5500 Wayzata Blvd., Minneapolis, Minnesota 55416, counsel for Plaintiff.

Robert D. Maher, Esq., and Caryn Scherb Glover, Esq., Best & Flanagan, 225 Sixth Street South, Suite 4000, Minneapolis, MN 55402; and Steven B. Alderman, Esq., Alderman Wladis, 472 South Salina Street, Suite 444, Syracuse, New York, 13202, counsel for Defendants.

---

The above-entitled matter is before the undersigned United States District Judge upon Plaintiff's renewed motion for default judgment against Defendant Robert Walker and Plaintiff's motion for dismissal of Defendant Robert Walker's counterclaims against Plaintiff with prejudice. Plaintiff's motion is not opposed.

Based upon the pleadings, the file, and the record herein, **IT IS HEREBY ORDERED:**

1. Plaintiff's motion for default judgment against Defendant Robert Walker (Doc. No. 100) is **GRANTED.**

2. Defendant Robert Walker's counterclaims against Plaintiff are **DISMISSED WITH PREJUDICE.**

FILED MAY 1 6 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 1 6 2003
DEPUTY CLERK

3. Consistent with the Court's previously executed Amended Findings of Fact, Conclusions of Law, and Order for Judgment on Plaintiff's Motions for Default Judgment and Dismissal of Counterclaims dated October 16, 2002, Plaintiff Sunrise International Leasing Corporation is entitled to an entry of judgment in favor of Plaintiff and against Defendant Robert Walker in the amount of $659,815.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 16, 2003

DONOVAN W. FRANK
Judge of United States District Court

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995