AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Sunrise International Leasing Corporation

V.

Wholesale Office Systems, Inc;
Robert Walker and John Doe 1-10,

## JUDGMENT IN A CIVIL CASE

Case Number: 03-31 DWF/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Consistent with the findings of fact and conclusions of law, Plaintiff Sunrise International Leasing Corporation is entitled to a judgment of this Court in the amount of $43,942.18.

June 30, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Victoria Moralez, Deputy Clerk